JAMES BUSTAMANTE, SBN 133675
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Claimant
ERICK WILLIAM FRAGA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

$31,000 IN UNITED STATES
CURRENCY,

       Defendant(s).

_____/

Case No. CV 11-0507 LB

STIPULATION TO EXTEND TIME
FOR FILING ANSWER TO VERIFIED
COMPLAINT IN FORFEITURE

    IT IS HEREBY STIPULATED and agreed to between the United

States of America, by and through counsel, Assistant United

States Attorney, Patricia J. Kenney, and Claimant Erick William

Fraga, by and through counsel, James Bustamante, that the time

for filing Claimant's Answer to Verified Complaint in Forfeiture

in the above-captioned matter be continued from March 24, 2011,

to April 22, 2011.  This stipulation is entered into based on

Claimant's request for further time needed for preparation of

1

1   this case prior to filing the Answer.

2

3   /S/JAMES BUSTAMANTE                    /S/PATRICIA J. KENNEY
    JAMES A. BUSTAMANTE                    PATRICIA J. KENNEY
4   Attorney for Claimant Fraga           Assistant U.S. Attorney
    Dated:  March 25, 2011                Dated:  March 25, 2011
5

6

7

8           **IT IS SO ORDERED.**

9

10          Dated:  March 25, 2011

11                                         LAUREL BEELER
                                           U.S. Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2