1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone:  415.436.6857
7        Facsimile:  415.436.6748
         Email:        patricia.kenney@usdoj.gov
8
   Attorneys for the United States of America
9

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )        No. 11-CV-0507 LB
15                                     )
                   Plaintiff,          )        STIPULATION AND
16                                     )        ORDER RE:SCHEDULING
             v.                        )
17                                     )
   $31,000 IN UNITED STATES            )
18 CURRENCY,                           )
                                       )
19                 Defendant.          )
                                       )
20  _____)
                                       )
21 WILLIAM ERICK FRAGA,                )
                                       )
22                 Claimant.           )
                                       )
23

24

25

26

27

28

1    The United States of America and claimant, William Erick Fraga, through their respective

2   counsel, stipulate, subject to the Court's approval that the case management conference scheduled

3   for May 26, 2011 be rescheduled for June 9, 2011 at 10:30 a.m.  Counsel for claimant has a conflict

4   on May 26 and has made the request.  Additionally, the parties are exploring settlement of this case.

5

6   IT IS SO STIPULATED:                        MELINDA HAAG
                                                United States Attorney
7

8
    Dated: May _11_, 2011
9                                               _____
                                                PATRICIA J. KENNEY
10                                              Assistant United States Attorney

11  Dated: May _11_, 2011
                                                _____
12                                              JAMES BUSTAMANTE
                                                Attorney for Claimant
13                                              Erick William Fraga

14  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _20_ DAY

15  OF MAY, 2011 AND IT IS FURTHER ORDERED THAT THE CASE MANAGEMENT

16  CONFERENCE WILL BE ON JUNE 9, 2011 AT 10:30 A.M.

17

18                                              _____
                                                THE HONORABLE LAUREL BEELER
19                                              United States Magistrate Judge

20

21                                              IT IS SO ORDERED

22                                              Judge Laurel Beeler

23

24

25

26

27

28

JCMS
No. 11-CV-0507 LB                    2